```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY

   NOV 1 9 2003

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____E. DEPUTY
```

```
X FILED      ___ LODGED
___ RECEIVED ___ COPY

   DEC 0 1 2003

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

           Plaintiff,

    v.

Hani Jamal Sarawan,

           Defendant.

**CR-03-261-PHX-FJM**

**O R D E R**

**(Magistrate Judge Morton Sitver)**

    Having reviewed the government's Motion to Set Status Conference on Defendant's Detention, and good cause appearing,

    **IT IS HEREBY ORDERED** setting the status conference for _Wed. Dec. 3, 2003_ at _1:30pm_

    **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. ~~§ 3161(h)~~ _Sec. 3161(h)(1)(F)_ will commence on _November 19, 2003_ for a total of _7_ days.

    DATE: _November 26,_____, 20_03_.

_Morton Sitver_
Morton Sitver
United States Magistrate Judge

_(336)_