PAUL K. CHARLTON
United States Attorney
District of Arizona

LISA ROBERTS
Assistant U.S. Attorney
Member of New York Bar
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
lisa.roberts@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-03-261-PHX-FJM |
|---|---|
| Plaintiff, v. | **Stipulation For Resolution of the Ancillary Proceeding** |
| Samih Fadl Jamal, Defendant. | Regarding the Interest of Petitioner Wells Fargo Bank, N.A. |

It is hereby stipulated and agreed by and between the United States of America (United States) by and through PAUL K. CHARLTON, United States Attorney, and Lisa Roberts, Assistant United States Attorney, and Third Party Petitioner, Wells Fargo Bank, N.A., ("Wells Fargo") acting through their duly appointed attorney, George H. Smith, Berk & Moskowitz, P.C. that the parties do hereby agree to settle and compromise this action with respect to the subject property, listed below, with each party to bear its own fees and costs, upon the terms set forth below:

A. Jamal Trading Company, Wells Fargo Bank account # 664594702, in the amount of $4,538.79.

B. Samih Fadl Jamal, Jamal Trading Company, Wells Fargo Bank account # 376068037 in the amount of $3,906.64.

1. On October 7, 2005 the Court entered a Preliminary Order of Forfeiture which forfeited the defendant's interest in the subject property. The Preliminary Order stated that, pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

2. Pursuant to General Order #98-15, the U.S. Department of the Treasury published notification of the Court's Order in a Criminal Case of Notice of Ancillary Proceeding and Seizure of Forfeited Properties in the Arizona Business Gazette on November 3, 10, 17, 2005.

3. The affidavit of publication was filed with the Court on January 9, 2006.

4. Said published notices advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest.

5. Notice of the ancillary proceeding was also sent to George H. Smith, Berk & Moskowitz, P.C., as attorney for Wells Fargo and to potential third party petitioner, Kenneth White.

6. On November 23, 2005, Wells Fargo filed a Verified Petition, asserting an interest in the subject property based upon a business line of credit established by Jamal Trading Company, Inc., and defendant Samih Fadl Jamal. Wells Fargo claimed that Jamal Trading Company, Inc. had defaulted in repayment of the line of credit, and failed to make payments following July 22, 2003.

7. As stated in the Verified Petition, Wells Fargo filed a lawsuit against the defendant, in the Superior Court of the State of Arizona, and secured a judgment against Jamal Trading Company, Inc. for the balance due and owing under the line of credit, plus costs and attorneys fees. The total amount of principal owed at the time of judgment was $11,451.01.

8. On or about December 20, 2005, Kenneth White also filed a claim in this action, asserting a general interest in defendant's assets, based upon an unsecured loan which Mr. White provided to the defendant in January 2003.

9. On February 1, 2006, the government filed a Motion to Dismiss the Third Party Petition of Kenneth White. That motion is presently pending before the Court.

10. The United States acknowledges that Wells Fargo has a security interest in the subject property, and that pursuant to 13 A.R.S. §13-4306(E), that interest was not affected by the seizure of the subject property.

11. As the result of direct communication between counsel for Petitioner, and Assistant U.S. Attorney Lisa Roberts, and considering the nature of the legal and factual issues involved, the size of the amount in controversy, the expense of such litigation, and length of time involved in the potential litigation, the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below. Each party to pay its own costs and attorneys fees.

A. The United States agrees to turn over to Wells Fargo Bank the subject property, named below, to be applied towards the judgment issued against Jamal Trading Company, Inc.:

Jamal Trading Company, Wells Fargo Bank account # 664594702, in the amount of $4,538.79.

Samih Fadl Jamal, Jamal Trading Company, Wells Fargo Bank account # 376068037 in the amount of $3,906.64.

B. Wells Fargo agrees that, should defendant's appeal be successful, and if for any reason, the forfeiture finding by the Court, against this defendant, be vacated or reversed, the subject property will be returned to the United States, pending resolution of this matter.

C. Wells Fargo agrees that this stipulation resolves any interest in the ancillary proceeding in this case, each party to pay its own costs, including attorneys fees.

Petitioners agree to hereby release and forever discharge the United States and the Department of Justice, the Federal Bureau of Investigation, the United States Marshals Service and all officers, employees, contract employees, agents, and task force agents from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which petitioners, their heirs, successors, or assigns

ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the above stated subject property.

DATED this 5th day of May 2006.

PAUL K. CHARLTON
United States Attorney
District of Arizona

*/s/ Lisa Roberts*

LISA ROBERTS
Assistant United States Attorney

_____          _____
Date                          GEORGE H. SMITH
                              Attorney for Petitioner Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

✓   I hereby certify that on May 9, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark A Paige
Paige Law Firm
45 W Jefferson St., Ste 806
Phoenix, AZ 85003-2317
plfirm1006@qwest.net

Richard L Juarez
Federal Public Defenders Office
2450 S 4th Ave., Ste 400
Yuma, AZ 85364
Richard_Juarez@fd.org

Lynn T Hamilton
Hamilton Law Office PC
240 N Ctr St
Mesa, AZ 85201
lynn@kesslerlaw.phxcoxmail.com

Lawrence I Kazan
Debus Kazan & Westerhausen Ltd
335 E Palm Ln
Phoenix, AZ 85004-1532
lik@dkwlawyers.com

Antonio Rodriguez Zuniga
Law Offices of Antonio R Zuniga
45 W Jefferson St., Ste 2
Phoenix, AZ 85003-2314
arz_law@hotmail.com

Jose S Padilla
Law Offices of Jose S Padilla
PO Box 25128
Phoenix, AZ 85002
Jose.Padilla@azbar.org

Dwane Maxwell Cates
Cates Hanson & Sargeant PLC
1747 E Morten Ave., Ste 205
Phoenix, AZ 85020

dwane.cates@azbar.org

Nancy L Hinchcliffe
Law Office of Nancy L Hinchcliffe
11 W Jefferson St., Ste 2
Phoenix, AZ 85003-2302
hinchcliffe@cox.net

Michele R Moretti
Law Office of Michele R Moretti Esq
7671 SW 117th Pl
Lake Butler, FL 32054
michele501@earthlink.net

Clark L Derrick
Kimerer & Derrick PC
221 E Indianola Ave
Phoenix, AZ 85012-2002
CLD@Kimerer.com

Loyd C Tate
Law Office of Loyd C Tate
2600 N Central Ave.,Ste 900
Phoenix, AZ 85004-3000
ltate@btlawyers.com

Robert Storrs
Storrs & Storrs PC
45 W Jefferson St., Ste 803
Phoenix, AZ 85003-2317
rlstorrspc@netzero.net

Donald W MacPherson
The MacPherson Group PC
7508 N 59th Ave
Glendale, AZ 85301-7837
mac@beatirs.com

Patricia Ann Gitre
Patricia A Gitre PLC
331 N 1st Ave., Ste 150
Phoenix, AZ 85003
PATGITRE@PATRICIAGITRE.COM

David M Ochoa
David M Ochoa
PO Box 22126
Phoenix, AZ 85028-2126
dochoa2@cox.net

Marc Jeffrey Victor
Victor & Hall PLC
1630 S Stapley Dr., Ste 231
Mesa, AZ 85296
marc@attorneyforfreedom.com

Thomas E Haney
Thomas E Haney PC
101 N 1st Ave., Ste 2460
Phoenix, AZ 85003-1918
haneyt@aol.com

Andrew R Alex
Alex & Gaxiola
1717 E Bell Rd.,Ste 1
Phoenix, AZ 85022-6200
ECF-AG@earthlink.net

Robert J Weber
Robert J Weber PC
2500 Power Rd., Ste 210
Mesa, AZ 85209-6690
robertjweber@qwest.net

Kevin M Rapp
US Attorney's Office
2 Renaissance Sq
40 N Central Ave., Ste 1200
Phoenix, AZ 85004-4408
Kevin.Rapp@usdoj.gov

Lisa J Roberts
US Attorney's Office
40 N Central Ave.,Ste 1200
Phoenix, AZ 85004-4408
lisa.roberts@usdoj.gov

✓	I hereby certify that on May 9, 2006, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Kenneth White
1141 W. Donner Drive
Tempe, Arizona 85282

George H. Smith
Attorney for Wells Fargo Bank
Berk & Moskowitz, P.C.
5665 North Scottsdale Road, Suite F-100
Scottsdale, Arizona 85250

S/Victoria Tiffany